**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **KEITH COHEN,** ) | Case No.1:12CV1351 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | O R D E R |
| ) | |
| **Commissioner of Social Security,** ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **Defendant.** ) | |
| ) | |

On May 30, 2012, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge William H. Baughman, Jr. pursuant to Local Rule 72.2. On June 20, 2013, the Magistrate Judge recommended reversing the Commissioner's decision denying Cohen's applications for disability insurance benefits and supplemental security income, and remanding the ALJ's findings as to the weight assigned to the opinion of the treating physician and Cohen's credibility (Dkt. #27). On July 3, 2013, the Defendant filed a Response to Report and Recommended Decision stating it will not be filing an objection. Plaintiff has not filed a response.

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Plaintiff has

failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Baughman's Report and Recommendation is **ADOPTED** and the ALJ's decision is reversed and remanded for further proceedings.

IT IS SO ORDERED.

Dated:7/8/2013      *S/Christopher A. Boyko*
     CHRISTOPHER A. BOYKO
     UNITED STATES DISTRICT JUDGE